# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2967

_____

Richard Eugene Eddy,           *
                               *
            Appellant,         *     Appeal from the United States
                               *     District Court for the Western
    v.                         *     District of Missouri.
                               *
Bill Hedrick,                  *          [UNPUBLISHED]
                               *
            Appellee.          *

_____

Submitted:  September 10, 2003

Filed:  September 18, 2003

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Federal inmate Richard Eugene Eddy appeals the district court's[*] order dismissing without prejudice Eddy's 28 U.S.C. § 2241 petition. We conclude this appeal is moot, because Eddy's sole request for relief was for restoration of good-time credit (GTC) and earlier release, and Eddy has since been released from incarceration

_____

[*]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable James C. England, United States Magistrate Judge for the Western District of Missouri.

and is serving a period of supervised release.  See United States v. Johnson, 529 U.S. 53, 56-60 (2000) (credit for too much time served in prison may not be applied to supervised release because Congress intended to assist prisoners in making transition to community life); Vandenberg v. Rodgers, 801 F.2d 377, 377-78 (10th Cir. 1986) (per curiam) (claim of wrongful deprivation of GTC toward earlier parole date became moot after petitioner's release from custody on parole).

We thus dismiss Eddy's appeal.

_____